United States District Court
Southern District of Texas
FILED

FEB 09 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-20-1151-S2 |
| DAGOBERTO GONZALEZ, JR. JESUS HUERTA | § § § | |

## SEALED SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about March 25, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DAGOBERTO GONZALEZ, JR.**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Possession of Marihuana, in the 138th District Court, Willacy County, Texas, on October 15, 1984, in cause number 1686, did knowingly and unlawfully possess in and affecting interstate and foreign commerce ammunition, that is, approximately eleven (11) rounds of .22 caliber ammunition and approximately four (4) rounds of 9mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Two

On or about June 29, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DAGOBERTO GONZALEZ, JR.**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Possession of Marihuana, in the 138th District Court, Willacy County, Texas, on October 15, 1984, in cause number 1686, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm and ammunition, namely a Colt, Model Delta Elite, 10mm caliber pistol and a loaded magazine containing eight (8) rounds of 10mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Three

On or about October 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DAGOBERTO GONZALEZ, JR.**
**and**
**JESUS HUERTA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**DAGOBERTO GONZALEZ, JR.**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all

firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Eleven (11) rounds of .22 caliber ammunition;

Four (4) rounds of 9mm caliber ammunition;

Colt, Model Delta Elite, 10mm caliber pistol S/N – DS38185; and

One pistol magazine containing eight (8) rounds of 10mm caliber ammunition.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY